

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2020 FEB 13 P 2: 10

CAROL L. MICHEL
CLERK

SEALED

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

# FELONY

## INDICTMENT FOR VIOLATIONS OF INTERSTATE TRAVEL IN AID
## OF RACKETEERING AND THE FEDERAL CONTROLLED SUBSTANCES ACT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | **CRIMINAL DOCKET NO:** |
| | * | **20-00025** |
| v. | * | **SECTION:** **SECT.HMAG.1** |
| | * | |
| STEPHEN PINGCHAN LUONG<br>MAN FAI HO | * | **VIOLATIONS:** 21 U.S.C. § 846<br>21 U.S.C. § 841(a)(1) |
| | * | 21 U.S.C. § 841(b)(1)(A)<br>21 U.S.C. § 841(b)(1)(B) |
| | * | 18 U.S.C. § 1952(a)(3)<br>18 U.S.C. § 2 |
| | * | |

\*      \*      \*

The Grand Jury charges that:

<u>COUNT 1</u>
**(Conspiracy to Possess with Intent to Distribute Marijuana)**

Beginning at a time unknown, but prior to October 1, 2019, and continuing to the present,

in the Eastern District of Louisiana and elsewhere, the defendants, **STEPHEN PINGCHAN**

**LUONG** and **MAN FAI HO**, did knowingly and willfully combine, conspire, confederate, and

agree with other persons known and unknown to the Grand Jury, to distribute and possess with the

intent to distribute 1,000 kilograms or more of a mixture or substance containing a detectable



X Fee USA
___ Process
X Dktd
___ CtRmDep
___ Doc. No.

amount of marihuana, a Schedule I controlled dangerous substance, in violation of Title 21, United States Code, Sections 841(a)(1).

<u>Quantity of Controlled Substances Involved in the Conspiracy</u>

With respect to defendant **STEPHEN PINGCHAN LUONG**, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him is 1,000 kilograms or more of a mixture or substance containing a detectable amount of marihuana, in violation of Title 21, United States Code, Section 841(b)(1)(A).

With respect to defendant **MAN FAI HO**, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him is 1,000 kilograms or more of a mixture or substance containing a detectable amount of marihuana, in violation of Title 21, United States Code, Section 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2
### (Possession with Intent to Distribute Marijuana)

On or about October 1, 2019, in the Eastern District of Louisiana and elsewhere, the defendants, **STEPHEN PINGCHAN LUONG** and **MAN FAI HO**, each aided and abetted by the other, did knowingly and intentionally possess with intent to distribute 100 kilograms or more of a mixture or substance containing a detectable amount of marihuana, a Schedule I controlled dangerous substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B); all in violation of Title 18, United States Code, Section 2.

2

## COUNT 3
### (Interstate Travel or Transportation in Aid of Racketeering)

On or about September 28, 2019, in the Eastern District of Louisiana and elsewhere, the defendant, **STEPHEN PINGCHAN LUONG**, traveled in interstate commerce from Louisiana to Texas, with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, conspiracy to distribute and possess with the intent to distribute marijuana, a Schedule I controlled dangerous substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), and thereafter performed and attempted to perform acts to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity in violation of Title 18, United States Code, Section 1952(a)(3).

## NOTICE OF FORFEITURE

1.      The allegations of Counts 1 through 3 are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2.      As a result of the offense alleged in Count 1, the defendant, **STEPHEN PINGCHAN LUONG**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property real or personal which constitutes or is derived from proceeds traceable to said offense.

3.      As a result of the offenses alleged in Counts 2 and 3, the defendants, **STEPHEN PINGCHAN LUONG** and **MAN FAI HO**, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting or derived from any proceeds obtained directly or indirectly as the result of said offenses, and any property used or intended to be used in any manner or part to commit or to facilitate the commission of said offenses.

3

4.      If any of the above-described property, as a result of any act or omission of the

defendants:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third person;

      c.      has been placed beyond jurisdiction of the Court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be divided

          without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code,

Section 853(p), forfeiture of any other property of the defendants up to the value of said property.

A TRUE BILL:

PETER G. STRASSER
UNITED STATES ATTORNEY

MOBAYONLE OSUNDARE
Assistant United States Attorney

New Orleans, Louisiana
February 13, 2020

4

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

Eastern _____ District of _____ Louisiana

Criminal _____ Division

## THE UNITED STATES OF AMERICA

vs.

### STEPHEN PINGCHAN LUONG
### MAN FAI HO

**INDICTMENT FOR VIOLATIONS OF INTERSTATE TRAVEL IN THE AID OF RACKETEERING AND THE FEDERAL CONTROLLED SUBSTANCES ACT**

VIOLATIONS: 21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)
21 U.S.C. § 841(b)(1)(B)
18 U.S.C. § 1952(a)(3)
18 U.S.C. § 2

Filed in open court this _____ day of
_____ A.D. 2020.

_____
Clerk

Bail, $ _____

_____
MOBAYONLE OSUNDARE
Assistant United States Attorney